S. Frank Harrell, Esq. [State Bar #133437]
sharrell@lynberg.com
Pancy Lin Misa, Esq. [State Bar #239684]
pmisa@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
333 City Boulevard West, Suite 640
Orange, California 92868-5915
(714) 937-1010  Telephone
(714) 937-1003  Facsimile

Attorneys for Defendants CITY OF FONTANA, MICHAEL FREEMAN and RONALD VOGELSANG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FONTANA, a municipal corporation; MICHAEL FREEMAN, an individual; RONALD VOGELSANG, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants, | CASE NO. EDCV 09-01525 VAP (DTBx)<br><br>**[PROPOSED] ORDER FOR PROTECTIVE ORDER**<br><br>DISCOVERY MATTER<br>Assigned to Magistrate Judge David T. Bristow<br><br>Trial Date: September 21, 2010 |

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court now adopts the parties' Stipulation for Protective Order and enters the same as an **ORDER** of the Court.

**IT IS SO ORDERED.**

Date: 07/19/10

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge

---
1
**[PROPOSED] ORDER FOR PROTECTIVE ORDER**