S. Frank Harrell, Esq. [State Bar #133437]
sharrell@lynberg.com
Pancy Lin Misa, Esq. [State Bar #239684]
pmisa@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Rd., Suite 1450
Orange, California 92868
(714) 937-1010  Telephone
(714) 937-1003  Facsimile

Attorneys for Defendants CITY OF FONTANA, MICHAEL FREEMAN, and KELLEN GUTHRIE

**JS -6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR NAVARRO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF FONTANA, a municipal corporation;  MICHAEL FREEMAN, an individual;  RONALD VOGELSANG, an individual;  and DOES 1 through 10, inclusive,<br><br>    Defendants, | CASE NO. EDCV 09-01525 VAP (DTBx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Virginia A. Phillips - Courtroom 2*<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)** |

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

The above-captioned action is dismissed in its entirety, with prejudice, by Plaintiff as against Defendants CITY OF FONTANA, MICHAEL FREEMAN, and KELLEN GUTHRIE.

**IT IS SO ORDERED.**

DATED: August 04, 2011

By: *Virginia A. Phillips*
**HON. VIRGINIA A. PHILLIPS**
United States District Court Judge